**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**JAMES D. SCHAEFFER**                                                                              **PLAINTIFF**

**v.**                                                       **CIVIL ACTION NO.: 3:19-cv-213-HTW-LRA**

**WARREN COUNTY, MISSISSIPPI**                                                            **DEFENDANT**

**NOTICE OF DEPOSITION**

PLEASE TAKE NOTICE that Plaintiff, by and through his counsel, will depose Larry Flowers, on **December 19, 2019**, beginning at **12:00 p.m.**, at Bailess & Rector, LLP, 820 South Street, Suite 501, Vicksburg, MS 39180, before a Notary Public or before some other officer authorized by law to administer oaths.  The deposition may also be videotaped.

You are invited to attend and take part in the examination as you may deem fit and proper.

THIS, the 9th day of December 2019.

                                                  Respectfully submitted,

                                                  s/Nick Norris
                                                  NICK NORRIS (MSB#101574)
                                                  Attorney for Plaintiff

OF COUNSEL:

WATSON & NORRIS, PLLC
1880 Lakeland Drive, Suite G
Jackson, Mississippi 39216
Telephone: (601) 968-0000
Facsimile: (601) 968-0010
nick@watsonnorris.com

1

## **CERTIFICATE OF SERVICE**

I, NICK NORRIS, attorney for Plaintiff, do hereby certify that I have this day served via ECF filing or by United States mail, postage prepaid, a true and correct copy of the above and foregoing document to all counsel of record:

SO CERTIFIED, this, the 9th day of December 2019.

                                        s/Nick Norris
                                        NICK NORRIS