IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JAMES D. SCHAEFFER                                                                  PLAINTIFF

v.                                              CIVIL ACTION NO.: 3:19-cv-213-HTW-LRA

WARREN COUNTY, MISSISSIPPI                                                   DEFENDANT

### AGREED FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

By agreement of the parties, and upon good cause having been shown, the Court is of the opinion that Plaintiff James D. Schaeffer's claims against Defendant Warren County, Mississippi should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the Plaintiff's claims against Defendant are hereby DISMISSED WITH PREJUDICE, with each party to bear their own costs.

SO ORDERED, this the 17th day of January, 2020.

s/ HENRY T. WINGATE
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

*/s/Louis H. Watson, Jr.*
Louis H. Watson, Jr. (MSB # 9053)
FOR PLAINTIFF JAMES D. SCHAEFFER

*/s/Kenneth D. Rector*
Kenneth D. Rector (MSB #4681)
FOR DEFENDANT WARREN COUNTY, MISSISSIPPI